Friedman and I. S. Friedman, for appellant; no appearance for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed January 31, 1951; released for publication March 13, 1951.

## People of State of Illinois ex rel. Peter G. Andersen et al., Appellants, v. J. A. Firek et al., Appellees.

### Gen. No. 45,194.

Scalise, Chino & Schultz, for appellants; Lawlor & Walsh, for appellees; Edwin D. Lawlor and Dudley R. Sullivan, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed January 31, 1951; released for publication March 13, 1951.